IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-88-BO

| | |
|---|---|
| LISA FAYE REGINO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ETHICON, INC., JOHNSON & JOHNSON | ) |
| | ) |
| Defendants. | ) |

The Court has been advised that the parties have settled all matters in controversy among them. The parties are therefore DIRECTED to file closing documents not later than March 1, 2021, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice. Defendants' motion to dismiss for lack of prosecution [DE 55] is DISMISSED WITHOUT PREJUDICE in light of the notice of settlement in principle.

SO ORDERED, this __21__ day of December, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE